**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NICOLE TOLEDO, | Case No.  CV-15-03211-GW (KES) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBORAH K. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.


DATED:  January 31, 2017

_____

GEORGE H. WU
UNITED STATES DISTRICT JUDGE